## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

PATRICIA KENNEDY,        )
                           )
      Plaintiff,       )
                           )    CIVIL ACTION
vs.                     )
                           )    FILE No. 1:20-cv-02016-AT
PINE TREE LODGE, LLC, d/b/a  )
BUDGETEL ATLANTA,      )
                           )
      Defendant.     )

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that all claims pending in this matter have been resolved to the satisfaction of Plaintiff and Defendant. Plaintiff and Defendant hereby respectfully request that this Court administratively close the file (alleviating the answer deadline) to allow thirty (30) days within which to complete the settlement, during which time Plaintiff and Defendant request that the Court retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 31st day of July, 2020.

**KITCHENS KELLEY GAYNES, P.C.**

By:    /s/ *C. Joseph Hoffman*
            C. Joseph Hoffman
            Georgia Bar No. 984961
            *Attorney for Defendant*

Glenridge Highlands One - Suite 800
5555 Glenridge Connector
Atlanta, GA 30342
Telephone: (404) 237-4100
Facsimile: (404) 364-0126
Email: jhoffman@kkgpc.com

## <u>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1</u>

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a font size of 14.

*/s/ C. Joseph Hoffman*
C. Joseph Hoffman

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system which will automatically serve a copy of such filing, and via U.S. First Class Mail, postage prepaid, addressed as follows:

Tristan W.  Gillespie, Esq.
Thomas B. Bacon, P.A.
5150 Cottage Farm Road
Johns Creek, Georgia 30022
gillespie.tristan@gmail.com

Philip Michael Cullen, III, Esq.
Philip Michael Cullen, II Attorney at Law -- Chartered
621 S. Federal Hwy.
Fort Lauderdale, Florida 33301
culleniii@aol.com

This 31st day of July 2020.

KITCHENS KELLEY GAYNES, P.C.

By:    /s/ *C. Joseph Hoffman*
       C. Joseph Hoffman
       Georgia Bar No. 984961
       *Attorney for Defendant*

Glenridge Highlands One - Suite 800
5555 Glenridge Connector
Atlanta, GA 30342
Telephone: (404) 237-4100
Facsimile: (404) 364-0126
Email: jhoffman@kkgpc.com