## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

PATRICIA KENNEDY,          )
                                   )
       Plaintiff,          )
                                   )    CIVIL ACTION
vs.                             )
                                 )    FILE No. 1:20-cv-02016-AT
PINE TREE LODGE, LLC, d/b/a   )
BUDGETEL ATLANTA,          )
                                 )
       Defendant.       )

## JOINT STIPULATION TO APPROVE CONSENT DECREE
## AND TO DISMISS WITH PREJUDICE

Plaintiff  Patricia Kennedy ("<u>Plaintiff</u>") and Defendant Pine Street Lodge, LLC (inadvertently identified in the above style as Pine *Tree* Lodge, LLC) d/b/a Budgetel Atlanta ("Defendant") (collectively, the "<u>Parties</u>") hereby file this joint stipulation seeking the Court's approval of the Parties' proposed consent decree and to dismiss the instant matter with prejudice. In support thereof, the Parties show the Court as follows:

1.    Plaintiff filed the instant lawsuit alleging Defendant, either itself or by a third party, implements, operates, controls, and/or maintains websites for the Property (as defined in Plaintiff's Complaint) and that such websites violate or violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.*

2.     The matters raised by Plaintiff's Complaint have been amicably resolved in accordance with the proposed consent decree attached hereto as Exhibit "A" (the "Consent Decree").

3.     In accordance therewith, the Parties request that the Court review, approve and ratify the Consent Decree.  Additionally, the Parties request the Court retain jurisdiction to enforce the terms of the Consent Decree.  *See American Disability Ass'n, Inc. v. Chmielarz*, 289 F.3d 1315 (11th Cir. 2002) as the Consent Decree is conditioned upon the Court's retaining jurisdiction to enforce said Consent Decree.

4.     As part of the Consent Decree reached between the Parties, Plaintiff has agreed to dismiss this case with prejudice.  Accordingly, the Parties request, upon the Court's review, approval and ratification of the Consent Decree, that this action be dismissed with prejudice.

5.     Except as otherwise stated in the Consent Decree, the Parties shall bear their respective own fees and costs.

WHEREFORE, the Parties respectfully request that the Court enter an Order approving the attached Consent Decree, dismissing the claims asserted by Plaintiff against Defendant with prejudice, and retaining jurisdiction to enforce the Consent Decree.

Respectfully submitted this 6th day of August, 2020.

**CONSENTED TO BY:**

| | |
|---|---|
| **KITCHENS KELLEY GAYNES, P.C.** | **THOMAS P. BACON, P.A.** |

By:   /s/ *C. Joseph Hoffman*             By:   /s/ *Tristan W. Gillespie*   *
      C. Joseph Hoffman                      Tristan W. Gillespie
      Georgia Bar No. 984961                 Georgia Bar No. 268064
      *Attorney for Defendant*               *Attorney for Plaintiff*

Glenridge Highlands One - Suite 800     5150 Cottage Farm Road
5555 Glenridge Connector                Johns Creek, GA  30022
Atlanta, GA 30342                       Telephone: (404) 276-7277
Telephone: (404) 237-4100               Email: gillespie.tristan@gmail.com
Facsimile: (404) 364-0126
Email:  jhoffman@kkgpc.com              *   Signed by permission

**PHILIP MICHAEL CULLEN, II**
**ATTORNEY AT LAW -- CHARTERED**

By:   /s/ *Philip Michael Cullen, III* *
      Philip Michael Cullen, III
      Attorney Pro Hac Vice
      *Attorney for Plaintiff*

621 S. Federal Hwy.
Fort Lauderdale, FL  33301
Telephone: (954) 462-0600
Facsimile: (954) 462-1717
Email:  culleniii@aol.com

*   Signed by permission

-3-

## <ins>CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1</ins>

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a font size of 14.

*/s/ C. Joseph Hoffman*
C. Joseph Hoffman

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing JOINT STIPULATION TO

APPROVE CONSENT DECREE AND TO DISMISS WITH PREJUDICE with the

Clerk of the Court using the CM/ECF system which will automatically serve a copy

of such filing on the following counsel of record:

Tristan W.  Gillespie, Esq.
Thomas B. Bacon, P.A.
5150 Cottage Farm Road
Johns Creek, Georgia 30022
gillespie.tristan@gmail.com

Philip Michael Cullen, III, Esq.
Philip Michael Cullen, II Attorney at Law -- Chartered
621 S. Federal Hwy.
Fort Lauderdale, FL 33301
culleniii@aol.com

This 6th day of August 2020.

**KITCHENS KELLEY GAYNES, P.C.**

By:   /s/ *C. Joseph Hoffman*
C. Joseph Hoffman
Georgia Bar No. 984961
*Attorney for Defendant*

Glenridge Highlands One - Suite 800
5555 Glenridge Connector
Atlanta, GA 30342
Telephone: (404) 237-4100
Facsimile: (404) 364-0126
Email: jhoffman@kkgpc.com

# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| PATRICIA KENNEDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE No. 1:20-cv-02016-AT |
| PINE TREE LODGE, LLC, d/b/a | ) | |
| BUDGETEL ATLANTA, | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT DECREE

This Consent Decree is made and entered into by and between Plaintiff Patricia Kennedy ("Plaintiff") and Defendant Pine Street Lodge, LLC (inadvertently identified in the above style as Pine *Tree* Lodge, LLC) d/b/a Budgetel Atlanta ("Defendant") with approval of this Court.

## PREAMBLE

**WHEREAS**, Plaintiff asserted claims in the above-styled action (the "Action") for injunctive relief against Defendant, based upon purported violations of Title III of the Americans with Disabilities Act, 42 U.S.C. 12181, *et seq.* (the "ADA") and related claims for relief respecting certain websites identified in more detail in the Complaint (hereinafter "Websites") regarding a place of lodging known

-1-

as Budgetel Inn, located at 140 Pine Street NE, Atlanta, in the County of Fulton, Georgia (the "Subject Property"); and

WHEREAS, Defendant denies having violated any federal laws;

WHEREAS, the Parties desire to avoid expense, time, effort, and uncertainty of current or future litigation;

WHEREAS, subject to the terms set forth below, Plaintiff and Defendant (hereinafter jointly referred to as the "Parties") have agreed to finally resolve any and all claims and disputes by and between and among them; and

WHEREFORE, in consideration of the promises and the mutual covenants and undertakings contained herein and incorporated into this Consent Decree, and other good and valuable consideration, the receipt and sufficiency of which is acknowledged, the Parties agree to the following terms and conditions as a full and complete settlement of the Lawsuit:

I.      RELEASE. Upon Defendant's full compliance with the terms and conditions of this Consent Decree, Plaintiff hereby generally releases and discharges Defendant, its officers, employees, agents, attorneys, shareholders, successors and assigns from any and all legal or equitable claims, demands, liabilities, debts, judgments, damages, expenses, actions, or causes of action including without limitation claims arising under the ADA and/or any other federal, state, or local law

-2-

governing access features and policies for persons with disabilities at public accommodations whether before any federal, state, or local agency, court of law, or in any other forum, and any and all claims that could have been alleged in the above-styled action (the "Action") regarding the Subject Websites as they pertain to the Subject Property. This release is strictly limited to the Subject Websites as they pertain to the Subject Property.

II.   **REMEDIAL STEPS.** Within thirty (30) days from entry of this Consent Decree, Defendant shall (i) disable, or cause to be disabled, https://www.budgetel.com/hotel-details/ab-atlanta-ga and that such website will remain disabled unless and until such website can comply with 28 C.F.R. Section 36.302(e)(1); and (ii) provide proof to Plaintiff of Defendant's written demand to the remaining third-party website domain holders listed in the Complaint of Defendant's demand that they comply with 28 C.F.R. Section 36.302(e)(1) including the provision of any additional information such third-party website domain holders require for such compliance.

III.   **ENFORCEMENT**. In the event that either party fails to comply with the provisions of this Consent Decree, the other party shall have the right to enforce. The prevailing party shall be entitled to recover reasonable attorney's fees, costs and litigation expenses pursuant to the standards of 42 U.S.C. § 12205.

IV.   **MONETARY CONSIDERATION**.  Within fourteen (14) days of the entry of this Consent Decree, Defendant shall pay Plaintiffs' counsel, Thomas B. Bacon, P.A., an amount established by counsel for the Parties via email on July 21, 2020, the amount of which is incorporated as part of this Consent Decree.

V.   **COUNTERPARTS**. The Parties agree that this Consent Decree may be executed in counterparts, each of which shall be deemed an original but all of which taken together shall constitute but one and the same instrument. The Parties agree that a scanned, emailed, or facsimile copy of a party's signature shall be deemed the equivalent of an original.

VI.   **VOLUNTARY EXECUTION**.  The Parties represent and acknowledge that this Consent Decree is given and executed voluntarily, and is not based upon any representation by any of the Parties to another party as to the merits, legal liability, or value of any claim of the Parties or any matters related thereto.

VII.   **AUTHORITY TO EXECUTE**. The Parties represent and warrant to each other that the person executing this Consent Decree has full authority and capacity to execute this Consent Decree and to give the release and other promises contained in this Consent Decree.

VIII.   **APPLICABLE LAW**. This Consent Decree shall be governed by, construed, interpreted and enforced in accordance with the laws of the State of

Georgia and the Americans With Disabilities Act in effect as of the date of this Consent Decree.

IX.    **DISMISSAL OF THE INSTANT LAWSUIT**.   Upon execution of this Consent Decree by all, the Parties shall file a joint dismissal of the Action with prejudice requesting that the Court retain jurisdiction to enforce this Consent Decree. The effectiveness of this Consent Decree is conditioned on the Court approving and entering and retaining jurisdiction to enforce. In the event the Court declines, then this Consent Decree shall be null and void and dismissal shall be withdrawn and this litigation shall proceed.

IN WITNESS WHEREOF, the parties have hereunto signed their names on the day and year written below.

**"PLAINTIFF"**

Patricia Kennedy

Date

8-3-2020

**"DEFENDANT"**

Pine Street Lodge, LLC

By: _Neal Patel_ (Name)

As its: _Partner_ (Title)

Date: _08/06/2020_

-5-

SO ORDERED, this _____ day of _____, 2020.

_____
Amy Totenberg, Judge
United States District Court
Northern District of Georgia, Atlanta Division

**CONSENTED TO BY:**

| | |
|---|---|
| **KITCHENS KELLEY GAYNES, P.C.** | **THOMAS P. BACON, P.A.** |

By:   /s/ *C. Joseph Hoffman*　　　　　　　　　　By:   /s/ *Tristan W. Gillespie*   *
　　　 C. Joseph Hoffman　　　　　　　　　　　　　　 Tristan  W. Gillespie
　　　 Georgia Bar No. 984961　　　　　　　　　　　 Georgia Bar No. 268064
　　　 *Attorney for Defendant*　　　　　　　　　　　 *Attorney for Plaintiff*

Glenridge Highlands One - Suite 800　　　　5150 Cottage Farm Road
5555 Glenridge Connector　　　　　　　　　Johns Creek, GA  30022
Atlanta, GA 30342　　　　　　　　　　　　Telephone: (404) 276-7277
Telephone: (404) 237-4100　　　　　　　　Email: gillespie.tristan@gmail.com
Facsimile: (404) 364-0126
Email:  jhoffman@kkgpc.com　　　　　　　 *   Signed by permission

**PHILIP MICHAEL CULLEN, II**
**ATTORNEY AT LAW -- CHARTERED**

By:   /s/ *Philip Michael Cullen, III*  *
　　　 Philip Michael Cullen, III
　　　 Attorney Pro Hac Vice
　　　 *Attorney for Plaintiff*
621 S. Federal Hwy.
Fort Lauderdale, FL  33301
Telephone: (954) 462-0600
Facsimile: (954) 462-1717
Email:  culleniii@aol.com
*  Signed by permission